■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHAKA MOXLEY, Appellant, v ANTHONY ZON, as Superintendent of Wende Correctional Facility et al., Respondents. [827 NYS2d 897]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Gorski, Martoche and Pine, JJ.

■ NATALIE BARNHARD, Respondent, v CYBEX INTERNATIONAL, INC., Appellant. [827 NYS2d 898]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Centra and Pine, JJ.

■ A.W et al., Infants, by Their Parent and Natural Guardian MALISSA WARD, Appellants, v COUNTY OF ONEIDA et al., Defendants and BOWPAS PROPERTIES, INC., et al., Respondents. [827 NYS2d 898]—Motions for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Gorski, J.P., Smith, Centra and Green, JJ.

■ JOSEPH K. WONDERLING, Appellant-Respondent, v CSX TRANSPORTATION, INC., Respondent-Appellant. [827 NYS2d 898]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Centra, Green and Pine, JJ.

■ CITY OF NIAGARA FALLS, Respondent, v MERCHANTS INSURANCE GROUP, Appellant. [827 NYS2d 898]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Gorski and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN C. OSORIO, Appellant. [828 NYS2d 227]—Motion for reargument denied. Present—Scudder, P.J., Martoche, Centra and Pine, JJ.

■ CITY OF ROME, Appellant, v VERIZON NEW YORK, INC., Respondent. [828 NYS2d 226]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Centra and Pine, JJ.

■ MARY FRANCIS WYATT, Appellant, v REGIONAL TRANSIT SERVICE, Also Known as ROCHESTER-GENESEE TRANSIT AUTHORITY, Operating as "LIFT LINE," Respondent. [828 NYS2d 226]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Centra and Pine, JJ.